

**FILED**

04/28/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0454

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 20-0454

| | |
|---|---|
| STATE OF MONTANA, ) | **ORDER GRANTING** |
| ) | **UNOPPOSED MOTION FOR** |
| Plaintiff and Appellee, ) | **EXTENSION OF TIME** |
| v. ) | **TO FILE APPELLANT'S** |
| ) | **INITIAL BRIEF** |
| GEORGE CARLON, ) | |
| ) | |
| Defendant and Appellant. ) | |
| ) | |

At the request of Defendant / Appellant, and no objection being interposed by the State, this Court hereby extends the filing date of Defendant's / Appellant's *Initial Brief* to Thursday, May 27, 2021.

So ordered this ＿＿ day of ＿APRIL＿, 2021.

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
Montana Supreme Court

cc:  Attorney General
Defendant / Appellant c/o Counsel